## 55915. MOORE v. THE STATE.

BANKE, Judge.

The defendant appeals his conviction for armed robbery. *Held:*

1. The victim's eyewitness identification of the defendant amply supported the verdict.

2. The testimony that the victim chose the defendant's photograph from a book containing numerous "mug shots" did not constitute inadmissible evidence of prior offenses. See *Atcheson v. State,* 136 Ga. App. 152 (2) (220 SE2d 483) (1975) and cits.

3. The contention that the pre-trial identification procedures were unnecessarily suggestive was not raised in the trial court and may not now be raised on appeal. See e.g., *Martin v. State,* 141 Ga. App. 181 (233 SE2d 38) (1977).

*Judgment affirmed. Deen, P. J., and Smith, J., concur.*

SUBMITTED JUNE 5, 1978 — DECIDED JULY 3, 1978.

*Saul, Blount & Martin, Percy J. Blount,* for appellant.

*Richard E. Allen, District Attorney, Stephen E. Curry, Steven L. Beard, Assistant District Attorneys,* for appellee.